**Order entered July 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00184-CV

## IN THE INTEREST OF A.M.C. AND E.N.C., III, CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-21078**

## ORDER

Before the Court is appellant's June 26, 2019 request to supplement the clerk's record with a copy of the Family Court Services Report. We **GRANT** the motion. We **ORDER** Felicia Pitre, Dallas County District Clerk, to file, by **July 10, 2019**, a *sealed* supplemental clerk's record containing a copy of the Family Court Services Report in the possession of the 330th Judicial District Court. We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Andrea Plumlee, Presiding Judge of the 330th Judicial District Court, Ms. Pitre, and all parties.

Also before the Court is appellant's June 26, 2019 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **July 29, 2019**.

/s/      ROBERT D. BURNS, III
         CHIEF JUSTICE